IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:09-CR-84-WKW |
| | ) | |
| CURTIS JEROME MILLER | ) | |

### **ORDER**

The Magistrate Judge has entered a Recommendation (Doc. #37) to which no timely objections have been filed. Upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that Defendant's motion to suppress (Doc. # 37) is DENIED.

DONE this 14th day of September, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE